Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

Case No. 8:18 cv 2863 T36 AEP

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

Ricky Lucas -v- Rest Haven memorial Park, Inc.

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS

I.    **The Parties to This Complaint**

  A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ricky C Lucas |
| Street Address | 4101 Charter OAK Crt |
| City and County | TAmpa Fla 33610 |
| State and Zip Code | |
| Telephone Number | (813) 479-8012 |
| E-mail Address | → no |

  B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6



Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

**Defendant No. 1**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 2**

Name        Rest Haven memorial, Park, Inc

Job or Title *(if known)*        Tractor Driver

Street Address        4615 E Hanna Ave, Tampa

City and County        Fla, 33610

State and Zip Code        Hillsb. County

Telephone Number        813 626 -2332

E-mail Address *(if known)*        Dont Know

**Defendant No. 3**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 4**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**C.    Place of Employment**

The address at which I am employed or was employed by the defendant(s) is

| | |
|---|---|
| Name | Rest Haven memoRial Park, Inc |
| Street Address | 4615 E. Hanna, AvE |
| City and County | Hillsb County |
| State and Zip Code | Tampa Fla 33610 |
| Telephone Number | (813) 626-2332 |

**II.    Basis for Jurisdiction**

This action is brought pursuant to *(check all that apply)*:

- [✓] Fair Labor Standards Act, as codified, 29 U.S.C. §§ 201 to 209.
- [ ] Relevant state law
- [ ] Relevant city or county law

**III.    Statement of Claim**

State as briefly as possible the facts of your case. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Nature of employer's business: Semmitary Grave yard

B.    Dates of employment: Frist time Fried → 1-20-0011    second Time Fried

Hirred day - 3-1-2009    Hirred Back again 8-9-2017

C.    Employee's job title and a description of the kind of work done:



I Ricky C Lucas havE been A labor doing all landscaping + diging holes For Rest Haven memorial park INC. For At lest 6yrs. Fried the frist time becouse Jay say I was not at work That day but I was, time Card dont lie, The second Time I was Fired, Jay Gave me the Tractor Drive, Told The guys That Ricky

D.    Rate, method, and frequency of wage payment:



was driveing The tractor + naone Else was to get on it, before I went on vacation, when Came back, I didnt Know what To Do or Thank, 8-9-2017 The guy's Told me That Jay said For me not To get on the tractor, I was. Fried

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

They didn't want to pay For Insurance

They wouldn't let us go over

38 to 39 hr somtime 40 hr

E.    Number of hours actually worked each week in which a violation is claimed:

38 + 39 hr   40 hr somtime

F.    Description of the alleged violation(s) (check all that apply):

☐    Failure to pay the minimum wage (explain)    11,50 hr

I was do labor work
He didnt have a Toractor driver, so He pull me From
labor + made me the tractor Drive. gave me
a raice on my Pay
Promise me another one

☐    Failure to pay required overtime (explain)

They would never let us
get none / no Insurance

☐    Other violation(s) (explain)

CarrEing a m Gun  The Frist time
Jay + his Father tried to Jump on me his Father
Had his hand on his gun mr Jim

G.    Date(s) of the alleged violation(s):    ①→ 1-20-2011
                                               ②→ 8-9-2017

H.    Additional facts:

He didnt come to An tell me anythin.
He told me if I didnt talk to him that I was
Fried. But all at the same time he was hrieing
Somone else for my driving Job, That why
I was Fried, I say He need backup
, But He Fried me becouse I ask a question
he got mad + said I was getting loud. But that
was a lie, I dont understand why I was sent home For a Sav

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am 57 yrs old Cant do labor anymore been going to doctor's, I could opperate Tractor He made me be misconduct, An I dont know why I was fried The guy that he hirred was younger Than me. The young me quit on Jay. + Jay brought Him back gave him my Job

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  11-14-2018

Signature of Plaintiff    Ricky C Lucas

Printed Name of Plaintiff    Ricky C Lucas

### B.    For Attorneys

Date of signing:  _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

 7017 2400 0000 4105 4405

Sign in      s  ≡

All    Images    Videos    Maps    News    Shopping    |    My saves

USPS package #70172400000041054405
www.usps.com

...

# Delivered: Fri, Aug 3, 11:04 AM

| Processed | | In transit | | Delivered |
|---|---|---|---|---|
| **DATE** | **TIME** | **LOCATION** | **STATUS** | |
| Aug 3 | 11:04 AM | Tampa, FL, United States | Delivered, to agent | |
| Aug 3 | 12:21 AM | Tampa, FL, United States | Departed USPS facility | |
| Aug 2 | 12:23 PM | Tampa, FL, United States | Arrived at USPS facility | |
| Aug 1 | 9:39 PM | Fort Meyers Fl Distribution Center | Departed USPS regional facility | |
| Aug 1 | 2:47 PM | Fort Meyers Fl Distribution Center | Arrived at USPS regional facility | |

Show less shipping details

Data from usps.com

Privacy and Cookies    Legal    Advertise    About our ads    Help    Feedback

© 2018 Microsoft

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Ricky C. Lucas<br>4101 Charter Oak Ct. Apt 113<br>Tampa, FL 33610 | From: | Tampa Field Office<br>501 East Polk Street<br>Room 1000<br>Tampa, FL 33602 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 15J-2018-00001 | **Esther Gutierrez,**<br>**Investigator** | **(813) 202-7910** |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** **before you file suit may not be collectible.**

On behalf of the Commission

*Evangeline Hawthorne*

**Evangeline Hawthorne,**
**Director**

7/27/18

*(Date Mailed)*

Enclosures(s)

cc:
**Jay P. McKeehan**
**Manager**
**Rest Haven Memorial Park Inc.**
**4615 E. Hanna Avenue**
**Tampa, FL 33610**

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS   --   **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS   --   **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION   --   **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | [X] FEPA | 463201800001 |
| | [X] EEOC | 15J-2018-00001 |

| Tampa Dept of Community Affairs, Office of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)*<br>**Mr. Ricky C. Lucas** | Home Phone *(incl. Area Code)*<br>**(813) 479-8012** | Date of Birth<br>**1961** |
|---|---|---|

Street Address                                     City, State and ZIP Code
**4105 Great Oak Court, Apt 21, Tampa, FL 33610**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**REST HAVEN MEMORIAL PARK, INC.** | No. Employees, Members<br>**15 - 100** | Phone No. *(Include Area Code)*<br>**(813) 626-2332** |
|---|---|---|

Street Address                                     City, State and ZIP Code
**4615 E Hanna Ave,  Tampa, FL 33610**

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|

Received

OCT 2 0 2017

Street Address                                     City, State and ZIP Code

Tampa Field Office

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest          Latest |
| [ ] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN | **08-07-2017      09-14-2017** |
| [ ] RETALIATION   [X] AGE   [ ] DISABILITY   [ ] GENETIC INFORMATION | |
| [ ] OTHER *(Specify)* | [ ] CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

**I.    PERSONAL HARM:**
On August 7, 2017, I was terminated from my position as a Tractor Driver. I had been employed by Respondent since 2015.

**II.    REASON FOR PERSONAL HARM:**
At the time of my termination, I was given no reason for the discriminatory treatment.

**III.    DISCRIMINATION STATEMENT:**
I believe that I have been discriminated against in violation of the Age Discrimination in Employment Act of 1967, as amended, and the Florida Civil Rights Act of 1992 because of my Age/55 by being discharged for the following reasons:

1.    On August 7, 2017, I returned from an approved vacation and multiple employees told me I would no

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT  *Ricky C Lucas* |
| Oct 03, 2017          *Ricky C. Lucas*<br>Date                Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*  10/03/2017<br><br>SHAKAYLA BIRCH<br>Notary Public - State of Florida<br>Commission # GG 126861<br>My Comm. Expires Jul 23, 2021<br>Bonded through National Notary Assn. |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☒ FEPA | 463201800001 |
| | ☒ EEOC | 15J-2018-00001 |

| Tampa Dept of Community Affairs, Office of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

longer be driving a tractor and a younger employee (late 30's) replaced me, which was done by Jay McKinhan (53), Owner.

2. While inquiring about what would be my new position, Mr. McKinhan told me to leave the premises and I was terminated without being given any reasons for his actions.

3. On or about September 14, 2017, I returned to the job site and asked Mr. McKinhan to rehire me, which he refused to do; yet another employee (23) was hired.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT _Ricky C Lucas_ |
| Oct 03, 2017        _Ricky C Lucas_ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*  10/03/2017 |
| Date        *Charging Party Signature* | SHAKAYLA BIRCH Notary Public – State of Florida Commission # GG 126861 My Comm. Expires Jul 23, 2021 Bonded through National Notary Assn. |



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Tampa Field Office

501 East Polk Street, Room 1000
Tampa, FL 33602
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Tampa Status Line: (866) 408-8075
Tampa Direct Dial: (813) 228-2310
TTY (813) 225-7025
FAX (813) 228-2841
Website: www.eeoc.gov

April 17, 2018

**Ricky Lucas**
**4101 Charter Oak Ct. Apt. 113**
**Tampa, FL  33610**

Re:   Ricky Lucas v. Rest Haven Memorial Park, Inc.
      EEOC Charge No. 15J-2018-00001

Dear Mr. Lucas:

Enclosed with this letter is a copy of the Respondent's Position Statement *[Rest Haven Memorial Park, Inc.]:* **By accepting these documents, you agree that you will only share the contents with persons in a privileged relationship to you, such as a spouse, clergy, or legal, medical or financial advisor.**

This is your opportunity to provide additional information you feel is relevant to support your charge. If you would like to respond to what the Respondent says in its Position Statement, please do so no later than **20 calendar days from the date of this letter.**

There is no specific format required for your response. You may respond in writing or by phone. If you respond in writing, be sure to include your charge number on your correspondence. If you disagree with any of the information the Respondent has submitted, please point out specifically what you believe is incorrect and explain what you believe to have happened. Also, please give us any additional evidence or information that you have not already provided that you believe supports your case. For example, if applicable, identify any additional witnesses, their contact information, and a brief summary of what you think they will say.

Any information you provide will be taken into consideration during the investigation of your charge. You have twenty (20) calendar days from the date of this letter to submit evidence that refutes the above stated information by the Respondent. If you do not submit a rebuttal within the Twenty (20) calendar days of this letter, the charge will be analyzed with the information collected during the investigation. The Office of the Director will make a determination regarding the jurisdictional laws enforced by the EEOC. If a violation is found you will be contacted, however, if no violation is found you will receive a dismissal Notice of Rights to Sue, you will have **90 days** to file a private suit in federal or state court.

If you have any Questions or concerns, you can contact me at the above address, via email at Esther.Gutierrez@eeoc.gov or at 813-202-7910.

Thank you for your cooperation.

Respectfully,

Esther Gutierrez
Federal Investigator

Rest Haven Memorial Park, Inc.

4615 E. Hanna Avenue

Tampa, FL 33610

813-626-2332                              December 16, 2017

Fax: 813-623-3657


Re: Position statement


On August 9, 2017, Ricky Lucas was terminated from employment at Rest Haven, due to insubordination and verbal abuse. Below is a description of the events that led up to his termination.

On August 1, 2017, Ricky began his vacation. At the time, he was designated as one of the primary tractor operators. In his absence, I decided to train another employee to operate the tractor as a relief driver. During the week of Ricky's absence, the employee began training on the tractor. I made the decision to have him continue the training, once Ricky returned so he could get more experience. The intent was to have the relief driver train for another week.

On August 8, 2017, when Ricky returned to work, he was notified by the supervisor that he would not be operating the tractor that week. He became very belligerent and began screaming at fellow employees. He contacted me at my other job, and began yelling at me over the phone, demanding to know why he had been replaced. I advised him to calm down and I assured him that he was not being replaced, but that I wanted to give the other employee further training time on the tractor. I explained that one week was not sufficient time for someone to fully learn to operate the equipment. I advised him that I would have to call him back in a few minutes, when I could further explain what was going on. He hung up on me, and when I contacted the supervisor to speak with him again, I was informed that he had left the premises and had not returned.

The next day, August 9, 2017, I arrived at work at approximately 9:15 Am. I was told that Ricky had not come to work and had not called in. Sometime around 10:30 Am, I saw Ricky walking near our equipment building and I approached him and said I needed to speak with him. I asked him why he left the day before without telling anyone, and why he had been so unreasonable, when I had spoken to him on the phone. He immediately began screaming and acting belligerent and approached me in a threatening manner. I told him to calm down and

not to get in my face. He continued to scream and wouldn't allow me to explain the situation to him. I warned him that if he continued to behave in this manner, he would be terminated. This only proved to make him act even more uncivil. Finally, I advised him that he was fired and not to come back on to the property.

Ricky had worked for Rest Haven once before, and was terminated for the same reason in 2013. He has a problem with anger management and has displayed belligerent behavior several times before. Due to this latest episode, he was terminated and asked not to return to the property.

I firmly believe that this charge of age discrimination is being made solely to retaliate against our company for being terminated. I have several current and long-time employees that are older than Ricky and perform the same duties.

If you need any additional information, please feel free to contact me.


Thank you,


Jay McKeehan

Ricky C Lucas                    15.J-2018

4/0/ Charter, OAk,         RE: Ricky W
Court, #113                 Memorail
Tampa, Fla                  EEOC, Ch
          .33610                    1.
          December /4
          Old man JohN Gardner
          Backhole Drive, Oldest that
Ever work at Rest Haven it use to
      memorial, Park, inc
old shaddy Grove seametary, Anywher.
12-14-2017 + 12-16-2017 we call him.
       He
well Died an we were in a bad Sitche
need Help Bad. John was supervisor + Ba
atter, we had Jeff The Backhole Digg.
The Tractor Driver, Guy By the then
Carswell, Was the tractor Driver, He le
went to Jail, But alfonsso was the T.
12-28-2017 untill 4-5-2018 — Jeff had
The Backhole Drive. O.K Ricky me n
A labor the hole time that I workedThei
Startes working their, alfonsso was me.
on the inh mn Ricky not Knowing a

, But He came up to me He Said R
I gave you a rase, he gave me the ]
Keys, & Said to me Ricky you Drive
Tractor your in charge of it noane
is to be on it. he said I gave you
an I promies am giving you a
O.K an I said o.K. The Boss Call
IN A meeting All of Employes, About
Jay Told a of His Employes That he had
an one lead man, he say Carl Broner
an Jeff Supervisor an that Ricky Lucas T
Driver & He has some say, Thoese wer
word's at that time. But get Back
to the 5-9-2018, The new tractor Dri
his now, He was lieing the training
, The guy Joddy had left Quit the
9 mth Bofore Big John Died, Th
got a call from Joddy, Saying
needed His Job Back, This was aro
Jay Hried Him back 4-20-2018, I
having problem's One week Bofore I
, A Employer Came to me as I was driving
an Said to me Ricky Jay said you wa

Back off your vacation, I To
Guy, That I going to find out fr
I went to the office, An ask Jay
was taking me off the tractor u
I come Back off Vacation, Ic
you will still be the drive O.K, I
Vacation an come back, When I
to work, The Supervisor, Jeff say
Said for you not to get on the tracto
Jay Said you are no longer The br
I didn't Know what was going on an
wouldn't tell me anything Else, so to k
down, I call Jay, At the time I call
Were Trying start A Fuse, so I couk
him good so I hong up. Went an cloc
an went an call INN an left a mes.
Jay. the frist two days after getting
8+9-of 7-8-2018, I call INN. I wa
Jay what was going on, about my position
Told me that if I didn't talk to hi.
was fried. I ask him why was I
on the tractor, He immediately start
at me. an threatening me, Saving V

On or about september 14, 2012
to the job site and asked Jo
me back to work, which he Ref
do: yet another EmployEE 23 yrs
hired.

Re

MAY

Tampa